**Edward P. CRAIG, Jr., Plaintiff—Appellant,**

v.

**Pamela J. GARDNER, Acting Treasury Inspector General for Tax Affairs (Tigta), Defendant—Appellee.**

**No. 03–2507.**

United States Court of Appeals, Fourth Circuit.

Submitted March 25, 2004.

Decided March 30, 2004.

Edward P. Craig, Jr., Appellant pro se.

Karen Deborah Utiger, United States Department of Justice, Washington, D.C., for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward P. Craig, Jr., appeals from the district court's order denying his petition for writ of mandamus in which he sought an order from the district court directing the Acting Treasury Inspector General for Tax Affairs to investigate his allegations of wrongdoing by the Atlanta Service Center. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Craig v. Gardner*, No. CA–03–912–A (E.D. Va. filed Nov. 14, 2003; entered Nov. 17, 2003). We deny Craig's motion opposing a change of venue and his motion to take a deposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*